**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-6668
_____

UNITED STATES OF AMERICA,

                    Petitioner - Appellee,

          v.

RAPHAEL MENDEZ,

                    Respondent - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (5:91-hc-00350-BR)

_____

Submitted:  June 26, 2014           Decided:  June 30, 2014

_____

Before WILKINSON, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Raphael Mendez, Appellant Pro Se.  Jennifer Dee Dannels, FEDERAL MEDICAL CENTER, Butner, North Carolina; Robert Jack Dodson, Special Assistant United States Attorney, Raleigh, North Carolina; David T. Huband, BUREAU OF PRISONS, Butner, North Carolina; Michael Lockridge, Special Assistant United States Attorney, Butner, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raphael Mendez appeals the district court's orders denying his motion for free copies of his Annual Supervision Reports and denying his motion for a transfer. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Mendez, No. 5:91-hc-00350-BR (E.D.N.C. Apr. 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED